**NING HAW CHANG, Plaintiff–Appellant**

v.

**CITY OF HOUSTON, Defendant–Appellee.**

**No. 11–20072**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 31, 2012.

Bruce A. Coane, Esq., Coane & Associates, Houston, TX, for Plaintiff–Appellant.

Natalie G. Deluca, Esq., City of Houston Legal Department, Houston, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

The district court granted the City of Houston's motion for summary judgment,

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

rejecting the plaintiff's claim of racial discrimination in employment. Reviewing the record de novo,[1] we AFFIRM essentially for the reasons given by the district court in its Memorandum and Order.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.